UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ASHLEY FRANCIS,

                Plaintiff,

          v.

D.K. PROPERTY INC and THE GREY DOG MULBERRY, INC.,

                Defendants.

24-CV-9752 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

On January 10, 2025, the Court ordered the parties to meet and confer regarding settlement within 30 days of service of the summons and complaint, and within 15 additional days, to submit a joint letter requesting either (1) referral to mediation or a magistrate judge, or (2) an initial status conference. Although Defendant The Grey Dog Mulberry, Inc. was served on March 11, 2025, no letter has been filed.

The parties shall submit their joint letter no later than May 20, 2025. Failure to do so may result in dismissal of this action pursuant to Federal Rule of Civil Procedure 41(b). To the extent Defendant D.K. Property, Inc. has not been served, Plaintiff shall explain why her claim against it should not be dismissed for failure to serve within 90 days. *See* Fed. R. Civ. P. 4(m).

SO ORDERED.

Dated:    May 13, 2025
             New York, New York

_____
Ronnie Abrams
United States District Judge